# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**ALLEN M. NOVOTNY,**

    Plaintiff,

vs.

**NANCY A. BERRYHILL,** Acting Commissioner of Social Security,

    Defendant

No. 8:16-CV-00529-JFB

**ORDER EXTENDING TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDA**

---

This matter comes before the Court on Plaintiff's Unresisted First Application for Extension of Time to File Brief (docket number 19) filed on May 10, 2017. The Court finds that the application should be granted.

## ORDER

**IT IS THEREFORE ORDERED** that the deadlines for briefing are hereby **EXTENDED** as follows:

1. Plaintiff's motion for summary judgment and supporting memorandum shall be filed on or before May 15, 2017.
2. Defendant's motion for summary judgment and supporting memorandum shall be filed on or before June 15, 2017.
3. Plaintiff's reply memorandum shall be filed on or before June 29, 2017.

DATED this 12th day of May, 2017.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge